HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

Plaintiff,

v.

MICHAEL T. EATON, *et al.*,

Defendants.

CASE NO. 2:26-cv-00535-RAJ

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Serve Summons by the U.S. Marshals, Dkt. # 10.

In its May 27, 2026 Order, Dkt. # 9, the Court granted Plaintiff's Motion for Leave to File Supplemental Complaint, Dkt. # 8. In doing so, the Court explained that Plaintiff "should file a single 'Second Amended Complaint' that identifies all Defendants, includes all allegations that Plaintiff alleges in support of his claims, and clearly lists all causes of action. This Second Amended Complaint should be a comprehensive statement of Plaintiff's claims that supersedes all prior complaints filed in this case. The Court reserves the option to review the Second Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) before issuance of summons." *Id.* at 3–4. The Court further explained

that "Plaintiff's 'First Amended and Supplemental Complaint,' Dkt. # 8 at 1–3, contains only a subset of the allegations in the original Complaint, and at time[s] appears to cross-reference the original Complaint. This is improper." *Id.* at 4 n.1.

The Court stated that "Plaintiff may file a Second Amended Complaint by no later than June 17, 2026." *Id.* at 4. To date, Plaintiff has not filed an amended complaint; instead, Plaintiff filed the instant motion. Because Plaintiff has not yet filed a Second Amended Complaint that comprehensively identifies his claims and supersedes all prior complaints, Plaintiff's motion to serve is denied. Denial is without prejudice to Plaintiff renewing his request for service at the appropriate time.

For the foregoing reasons, the Court **DENIES** without prejudice Plaintiff's Motion to Serve Summons by the U.S. Marshals, Dkt. # 10. In its discretion and in light of the leniency afforded to *pro se* litigants, Plaintiff may file a Second Amended Complaint consistent with this Court's prior Order, Dkt. # 9, within 21 days of the date of this order.

Dated this 2nd day of September, 2026.



The Honorable Richard A. Jones
United States District Judge